UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
SHIMON FELBERBAUM, :
: Case No. 1:20-cv-02735-ENV-JO
Plaintiff, :
:
vs. :
: **STIPULATION TO DISMISS**
EQUIFAX INFORMATION SERVICES, LLC, :
EXPERIAN INFORMATION SOLUTIONS, INC., :
AMERICAN EXPRESS CO. and BANK OF :
AMERICA, N.A., :
:
Defendants. :
:
------------------------------------------------------------X

     WHEREAS, defendant American Express National Bank ("American Express"), named as American Express Company, has demanded that plaintiff Shimon Felberbaum ("Plaintiff") arbitrate his claims against American Express in accordance with the operative arbitration agreement contained in Plaintiff's American Express Cardmember Agreement;

     WHEREAS, Plaintiff has agreed to submit his claims against American Express to arbitration;

     WHEREAS, the parties request a dismissal of this action pending the conclusion of arbitration; and

     WHEREAS, the parties request they be provided with 120 days to reopen this action after the issuance of a final award in arbitration;

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and American Express, through their respective counsel, that: (1) all of Plaintiff's claims against American Express in this action shall be arbitrated pursuant to the written agreement to arbitrate between Plaintiff and American Express; (2) this matter is dismissed pending the conclusion of

MIA 31466856

arbitration; and (3) the parties shall have 120 days from the issuance of a final award in arbitration to reopen this matter.

| | |
|---|---|
| Dated: New York, New York<br>August 13, 2020 | STROOCK & STROOCK & LAVAN LLP<br><br>By: _____<br>Raymond A. Garcia<br><br>180 Maiden Lane<br>New York, New York 10038<br>Phone: (212) 806-5400<br>Fax:    (212) 806-2680<br><br>Attorneys for Defendant<br>  AMERICAN EXPRESS NATIONAL<br>  BANK, erroneously named as AMERICAN<br>  EXPRESS COMPANY |
| Dated: New York, New York<br>August 13, 2020 | COHEN & MIZRAHI LLP<br><br>By: _____<br>Edward Y. Kroub<br><br>300 Cadman Plaza W., 12th Floor<br>Brooklyn, New York 11201<br>Phone: (929) 575-4175<br>Fax:    (929) 575-4195<br><br>Attorneys for Plaintiff<br>  SHIMON FELBERBAUM |
| Dated: August  17 , 2020 | SO ORDERED:<br><br>      /s/ENV<br>_____<br>     ERIC N. VITALIANO<br>     United States District Judge |

-2-

MIA 31466856